IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERYUS TRAMAINE BROWN, | ) | No. C 12-2888 JSW (PR) |
| Petitioner, | ) | |
| vs. | ) | **ORDER OF TRANSFER** |
| CONNIE GIPSON, Warden, | ) | (Docket No. 2) |
| Respondent. | ) | |

Petitioner is a state prisoner currently incarcerated in Corcoran, California. He has filed a pro se petitions for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a conviction from Sacramento County. Corcoran and Sacramento lie within the venue of the Eastern District of California. *See* 28 U.S.C. § 84. A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). As Petitioner was convicted and is confined in the Eastern District, this action is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). Ruling on the pending application for leave to proceed in forma pauperis (docket number 2) is deferred to the Eastern District in light of this transfer.

The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: June 19, 2012

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DERYUS TRAMAINE BROWN,

           Plaintiff,

  v.

CONNIE GIPSON et al,

          Defendant.
_____/

Case Number: CV12-02888 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deryus T. Brown
F45512
P.O. Box 3461
Corcoran, CA 93212

Dated: June 19, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk